

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

ENTERED
08/12/2010

IN RE:                                  §
                                        §
Leader marketing Company and            §
Official Unsecured Creditors Committee  §
                                        §   BANKRUPTCY CASE NUMBER
            (Debtor),                   §   93-46097
                                        §
                                        §   #626
                                        §

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Leonard Chasteen, in the amount of $415.95, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Leonard Chasteen c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $415.95 to Dilks & Knopik, LLC and Leonard Chasteen at the following address:

P.O. Box 2728,
Issaquah, WA  98027-0125

Dated:  AUG 1 0 2010

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98